FILED
CLERK, U.S. DISTRICT COURT

DEC 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RICKY SOLOMON,<br><br>Petitioner,<br><br>v.<br><br>R.M. DIAZ, Warden,<br><br>Respondent. | Case No. CV 13-290 SVW (E)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

Dated: December 11, 2013

STEPHEN V. WILSON
United States District Judge